UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDY ANDREW,
on behalf of C.W.A.                                                                              PLAINTIFF

v.                                      NO. 3:10CV00216 BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Plaintiff Brandy Andrew's appeal, on behalf of her minor son, C.W.A., is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 1st day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE